IN THE SUPREME COURT OF THE STATE OF NEVADA

BANK OF AMERICA, N.A.,
Petitioner,
vs.
THE SECOND JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
WASHOE; AND THE HONORABLE
EGAN K. WALKER, DISTRICT JUDGE,
Respondents,
   and
IN THE MATTER OF THE
GUARDIANSHIP OF THE PERSON
AND ESTATE OF MARY C. BAILEY, A
PROTECTED PERSON,
Real Party in Interest.

No. 81221

FILED

AUG 07 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
   DEPUTY CLERK

*ORDER DENYING PETITION
FOR A WRIT OF MANDAMUS*

This is an original petition for a writ of mandamus challenging district court orders in a guardianship proceeding. Petitioner seeks a writ clarifying the scope of the district court's constitutional powers, preventing the district court from acting outside the scope of those powers, and reassigning this matter to a different district court judge.

Having considered petitioner's arguments and the supporting documents, we are not persuaded that our extraordinary and discretionary intervention is warranted at this time. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004); *Smith v. Eighth Judicial Dist.*

20-29185

*Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991). Accordingly, we

ORDER the petition DENIED without prejudice.

_____Pickering_____, C.J.
Pickering

_____Hardesty_____, J.   _____Stiglich_____, J.
Hardesty                 Stiglich

cc:   Hon. Egan K. Walker, District Judge
      Wilson, Elser, Moskowitz, Edelman & Dicker, LLP/Las Vegas
      Washoe Legal Services
      Washoe District Court Clerk